Rev. 5/2017 Prisoner Complaint

United States District Court
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV 23 2020

ARTHUR JOHNSTON
BY _____ DEPUTY

Case No. _____
(To be filled out by Clerk's Office only)

1:20cv351 HSO-JCG

ANTONIO M. ROSS _____

Inmate Number #71157-019

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

*(Pro Se* Prisoner)

Chief Deputy United States Marshal's
Service Shermaine Sullivan, And Sheriff
Mike Farmer, Nurse Cooper, Medical
Doctor/Name (unKnown)

Jury Demand?

☒ Yes

☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2017 Prisoner Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Antonio M. Ross
Name

71157-019
Prisoner ID #

Butner Med-1
Place of Detention

P O Box 1000
Institutional Address

Butner     North Carolina     27509
City            State          Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

All Defendants are charge in their Individual
And official Capacity.

Rev. 5/2017 Prisoner Complaint

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Shermain Sullivan
Name

Chief Deputy U.S. Marshal Service
Current Job Title (Southern District of Mississippi)

Office of General Counsel, C G-3 15th Floor
Current Work Address

Washington,    DC              20530
City                      State          Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both


Defendant 2:    Ms. Cooper
Name

Head Nurse At Stone County Jail
Current Job Title

1420 Industrial Park Rd
Current Work Address

Wiggins,    MS              39577
City              State          Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both


Page 3 of 10

All Defendant are charge in their individual
And official Capacity.

All Defendants are charge in their Individual and
Official Capacity.

Rev. 5/2017 Prisoner Complaint

## Defendant(s) Continued

Defendant 3: Unknown

Name

Doctor

Current Job Title

1420 Industrial Park Rd

Current Work Address

Wiggins          Ms                39577

City              State             Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

Defendant 4: Federal Bureau of Prisons

Name

BOP Central Office

Current Job Title

320 First Street, NW

Current Work Address

Washington        DC                20534

City              State             Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

All Defendants are charge in their individual
and official capacity.

All Defendants are charge in their individual And official Capacity.

Defendant(s) information

Defendant 5: Mike Farmer
        Name

        Head Sheriff
        Current Job Title

        1420 Industrial Park Rd
        Current Work Address

        Wiggins          Mississippi      39577
        City                   State            Zip Code

Defendant 6: Mr. Rodgers
        Name

        Capt.
        Current Job Title

        1420 Industrial Park Rd
        Current Work address

        Wiggins          Mississippi      39577
        City                   state            Zip Code

All Defendants are charge in their individual
and official Capacity.

All Defendants are charge in their individual And official Capacity.

Defendant(s) information

Defendant 7: Petry, G                    (Bop employees)
              Name

              Doctor        MD/CD          (OKL)
              Current Job Title

              320 First Street, NW
              Current Work address

              Washington,        DC          20534
              City               State          Zip Code


Defendant 8: Rhonda     Rodden   (Bop employees)
              Name

                      RN/iop              (OKL)
                              Current Job Title

                   320 First Street, NW
                   Current Work   Address

                   Washington,   DC       20534
              City              State          Zip Code


All Defendants are charge in their individual And official Capacity.

All Defendants Are Charge in the individual And Official Capacity.

Defendant(s) information

Defendant(9) U.S. Department of Justice
        Name

            BOP Central Office
        Current Job Title

            320  First  Street, NW
        Current Work Address

            Washington  DC                    20534
        City              State              Zip Code

All Defendants Are Charge in the individual

And Official Capacity.

Rev. 5/2017 Prisoner Complaint

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Stone County Jail (U.S. Marshal hold)

Date(s) of occurrence: Oct 27, 2017 to August 22, 2018

State which of your federal constitutional or federal statutory rights have been violated:

Eighth And Fourteenth Amendment Civil Rights Violations

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS;

(Chief Deputy U.S. Marshal Service) Shermaine Sullivan And Head Sheriff Mike Farmer Denied, Interfered with and/or Delay Antonio M. Ross timely and adequated Medical Care from 12-17 to 8-18 Causing Stage 1 + 2 + 3 Kidney Failure.

> Who did what to you?

See Medical Records Emory outside Hospital And Butner FCC, Butner Med-1 Medical Records.

Shermaine Sullivan, And Sheriff Mike Farmer, Nurse Cooper, Medical Doctor/Name (unknown) Denied, Interfered with and/or Delay. Antonio M. Ross timely and adequate Medical Care from 12-17 to 8-22-18 Causing Stage 1 + 2 + 3 (Severe) Kidney Failure.

### Backround

On 10-27-17 I was taken into Custody by the DEA and U.S. Marshal's Services. I was Arrested in Atlanta, Ga and taken to the Atlanta County Jail, Where I was Housed for About 3 days.

I was then Transfer to Love Joy federal holding facility in georgia where I remain for about 14 days. I was then Transfer to the Oklahoma Transit Center for About 14 days.

And then I was Transfer to a federal holding Facility in Mason, TN, Where I Remain for About 7 days.

(1)

__ **(2)** __

And then I was Transfer to Madison County Jail in Mississippi, Where I was housed for about 30 days.

And then I was Transfer to Stone County Jail in Wiggins, Mississippi. Where I remain for about 240 days until entering the Federal Bureau of Prisons.

Also Active Prescriptions Show Mr. Ross is receiving Medication from 11-26-17 from Federal Bureau of Prisons.

Upon entering each of the above stated Facility's Medical intake Procedure's was Conducted. Medical intake Procedure's at Atlanta County Jail, Love Joy Federal holding Facility's, Oklahoma Transit Center, Mason Dentention Center And Madison County Jail, All Concluded that..

(i) Mr. Ross was, And is A Heart transplant Recipient With Tacrolimus Prescribe As his Medication. And that Tacrolimus is know to be Associated with Kidney disease.

(2)

(2) Mr. Ross needs Access to A Heart Specialist And Biopsy's Conducted Periodicly for the Purpose off Inpecting inter Body Organs to ensure the Safety and effectivess of the Tacrolimus Medication. Mr. Ross needs extensive Medical Care.

Upod My Arriveable At Stone County Jail in Mississippi, My Medical Records fom the Above Stated facility arrived with Me and/or arrived Shorty after I arrived with Me and/or arrived Shorty after I arrived at Stone County Jail.

Stone County Jail Conducted its owe Medical intake. to Process and concluded that... write 1+2

(1) Mr. Ross WAS, And is A Heart transplant Recipient with Tacrolimus Prescribe As his Medication. And that Tacrolimus is Know to be Associated with Kidney disease.

(2) Mr. Ross needs Access to A Heart Specialist And Biopsy's Conducted Periodicly for the Purpose off Inpecting inter Body Organs to ensure the Safety and effectivess of the Tacrolimus Medication. Mr. Ross needs extensive Medical Care.

(3)

While house for About 270 days in the State of Mississippi, The Doctor And Nurse Cooper And Chief Deputy U.S. Marshal's Service Shermaine Sullivan And Sheriff Mike Farmer Denied Mr. Ross Timely and adequate Medical Care by Deny Mr. Ross..

A Heart Specialist and Deny Periodicly Medication Adjustment./(Tacrolimus) Both, The denial of a Heart Specialist and Biopsy's deprived Treating Physician of Vital/Medically Necessary information.

Specifically.. (The Tacrolimus Medication had became toxicity Destructive to the Kidneys. Causing Kidney Failure. Tacrolimus need to be Prescribe At A Lower dosage). IN That..

Mr. Ross was, And is Prescribe Tacrolimus From 2010 to Present day. In 2017 and 2018 Mr. Ross Prescription for Tacrolimus 10 mg in the Morning And 10 mg At Night.

(4)

As of (3-13-17) thur (6-12-17) Medical Records Show "NO Kidney failure". See Emory Hospital Medical Records. Nurse Cooper And the Doctor/(unKnow) Told Me My Kidneys Wasn't Looking to good! I ASK Nurse Cooper And the Doctor/(unknow), Can they get me to A Outside Hospital to see Heart Transplant Medical Professionals. Mr. Ross had Already Missed/(12-17) his Doctor's Appointment due to incarceration. Then I ASK Capt-Rodger's And Nurse Cooper for A grievance paper. They both Told me to have My FAMily to Call the United States Marshal's Service.

Mr. Ross WAS Sentence on (7-26-18) And Remaned to the Custody of the F B O P on 8-10-18. Mr. Ross is Transfer to the Custody of FBOP. And Exits the State of Mississippi. See evidence And Administrative Note's by BOP.

Federal Bureau of Prisons Administrative Medical Record's Show (8-27-18)(8-28-18)(9-4-18)(9-5-18) (9-14-18)(9-28-18)(10-12-18)(10-29-18)(10-31-18)

Medical Staff Concern for Chronic Kidney Disease, (Severe)

(5)

As of 9-4-18 Mr. Ross is Diagnose with Chronic Kidney disease from his (Creatinine Level 4.19) From Chemistry Levels. See.. Federal Bureau of Prisons Medical Records. (All in Included).

The United States Marshal's Service Chief Deputy Shermaine Sullivan being Aware and having full Knowledge of Mr. Ross' Medical Condition (Heart Transplant Recipient and Prescribe Tacrolimus Medication); denied Timely and adequate Medical Care to Mr. Ross by denying mr. Ross A Visit to A heart specialist From November, 2017 to August 22, 2018.   And..

The USMS Chief Deputy Shermaine Sullivan being aware and having full Knowledge of Mr. Ross' Medical Condition. (Heart transplant Recipient and Tacrolimus Medication); NO Later than.. Dec 2017, denied Mr. Ross Timely and adequate Medical Care by Knowingley, housing Mr. Ross From.. Dec 2017, to August 22, 2018, At institution's that did both.. (1) denied Mr. Ross Timely and adequate Medical Care on Site. And.. At the Same time; (2) denied Mr. Ross access to A Heart Specialist. And..

(16)

Doctor (unKnown), Nurse Cooper And Sheriff MiKE Farmer Being Aware and having full Knowledge of Mr. Ross' Medical Condition. (Heart Transplant Recipient and Tacrolimus Medication); No Later than.. Dec 2017, denied Mr. Ross Timely and adequate Medical Care by denying a Visit to a Heart Speacialist from Dec 2017, to August 2018. And..

While At Stone County Jail Treating Physician (Doctor) And Nurse Cooper, Sheriff-MiKE Farmer And Chief Deputy Shermaine Sullivan of the U.S. Marshal's Serice denied Mr. Ross Timely And adequate Medical Care by Denying Mr. Ross a Medically Necessary Adjustment in his Medication/ (Tacrolimus). And that denail in Medication Adjustment Cause Chronic Kidney Disease Stage 1, 2, (Severe) IN Mr. Ross.

The Actions of the Above Stated Defendant..
Chief Deputy U.S.M.S. Shermaine Sullivan, Sheriff MiKE farmer, Doctor, Nurse cooper. Independently and/or Combination denied Mr. Ross Timely and adequate Medical Care from Dec 2017, to August 2018, Causing Mr. Ross Injury. (Chronic Kidney Disease stage 1, 2,) (severe)

# 71157-019
Antonio m Ross
11-12-20

(7)

Rev. 5/2017 Prisoner Complaint

**What happened to you?**

I was Not taken to any outside hospital to Receive treatment by Heart transplant and Kidneys Professionals. As A Result I am in Stage 3/4 Kidney Failure (Severe) And I am in need of a Kidney transplant. I am also A Heart transplant Recipient and the Cumlative effect of my Issues will Subject me to A Very Short Terminal Life expectancy. Chief Deputy U.S. Marshal Shermaine Sullivan And B.O.P. - had Full Knowledge of my Health Status when I was in Their Custody. They Both didn't Provide Mr. Ross with adequate Medical Care. And Violated my Rights under the Eighth And Fourteenth Amendment. They Are United States Government employees.

**When did it happen to you?**

I was taken into Custody Pre-Trial October of 2017 Under the Custody of Chief Deputy U.S. Marshal Service Shermaine Sullivan. This is when the Violations Commenced. The Violations Are Ongoing to this Present Day.

**Where did it happen to you?**

I was place under A United States Marshal hold at Stone County Jail in Wiggins, Ms. Where the Violations Started And they have Continued On After my placement "Post Conviction" At FCI Butner Med-1 Butner, N.C. (Both Are under the United States Goverment) And Are Liable Under the "Ongoing Violation Act"

Rev. 10/2015 Prisoner Complain

What was
your
injury?

Due to Their Negligence, Malpractice, And deliberate Indiffrence by the U.S. Marshal's Service And BOP Are Government employees. I have Suffer irreprible Kidney Damage And I am in Stage 4 Kidney failure (Severe). I am a heart transplant Recipient and going on dailysis. I am very Sick and Most likely will die, do to their "Negligence" to see to it that I Recieved the Necessary testing and Supervision that was set in place to prevent this from happening. They had Prior Knowledge of My Condition and what My Medical testing plan Detailed to prevent this from happening to me. However they "Ingnored" it and were Negligent And they were "Deliberately Indiffrent" to My Serious Medical Need.

Mr. Ross is A 51 year old Heart Transplant Recipient Who is immunosuppressed And Suffers from (Severe) Kidney disease And Hypertension, Among other Significant Medical Problems. He was in Relatively good health when he began his incarceration At Stone County Jail. Mr. Ross health issues have been exacerbated by the Inadequate Medical Care of the U.S. Marshal's Services and Bureau of Prisons to provide him with appropriate and timely adequated Medical Care. However, Mr. Ross health has since dramatically deteriorated Because of the U.S. Marshal's Service And the BOP Inadequate Medical Care. Heart transplant Hypertension, Gerd, Esophagitis, CKD Stage 4 (Severe), Anemia of Renal insufficieny. Gastro-esophageal Reflux disease. And Now "dialysis".

Page 7 of 10

* Last Catheterization with Biopsy was 3-13-17. Annual-Cath.
71157-019
Mr. Ross Missed his last endocardium biopsy secondary to "Arrest."

Tort Claim - Exhaustion Administrative Remedies

Rev. 10/2015 Prisoner Complaint

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

If no, explain why not:

Administrative Tort Claim No: OGC 52252
Administrative Tort Claim No: TRT-MXR-2020-01967
Remedy ID No: 1003876 - U.S. Marshals Services
Remedy ID No: 1012005 - Veins, Vascular Damage
Remedy ID No: 1003880 - Compassionate Release

☒ Yes   ☐ No

Is the grievance process completed?

If no, explain why not:

I asked Capt Rodgers and Head Nurse Ms. Cooper for a grievance paper. And they told me to have my family call the U.S. Marshals Service to get me to a Outside Hospital for my Missed Dr. Appointment 12-17 thur 1-18. Also During the same time I w Very Sick in Stone County Jail. Nurses Told me the U.S. Marshals did wanna pa for my Medication. My Attorney Michael Crosby had to Call up to the Stone County Jail to make them (U.S. Marshals) Pay for my Medication.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am Requesting, And Seeking 5 Million dollars in Monetary Compensation.

Rev. 10/2015 Prisoner Complaint

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                   ☐ Yes   ☒ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 9 of 10

Rev. 10/2015 Prisoner Complaint

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_11-12-20_
Dated

_Antonio m Ross_
Plaintiff's Signature

_ANTONIO M. Ross_
Printed Name

_# 71157-019_        _Butner Med-1_
Prison Identification #

_P O BOX 1000_    _Butner_        _NC_    _27509_
Prison Address         City              State    Zip Code