# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO M. ROSS** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20cv351-HSO-BWR |
| | § | |
| **SHERMAINE SULLIVAN,** *Chief Deputy United States Marshal's Service*, et al. | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accord with its Order entered herewith; the Court's prior Orders [11], [51], [53]; and the Court's July 1, 2022, Text Order,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff Antonio M. Ross's claims against Defendants G. Petry, Rhonda Rodden, the United States of America, Sheriff Mike Farmer, and Unknown Doctor are **DISMISSED WITHOUT PREJUDICE**, and that Plaintiff Antonio M. Ross's claims against Defendants Eddie Rogers, Susan Cooper, and Shermaine Sullivan are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of March, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE